IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TWIALLA TURNER,  No. CV 12-04161 RS

        Plaintiff,  **ORDER**

  v.

JP MORGAN CHASE BANK,

        Defendant.
_____/

GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **Honorable Jeffrey S. White** in the **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials JSW** immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: September 26, 2012

*[signature: Richard W. Wieking]*
Richard W. Wieking
Clerk of Court

rev 4-12