IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TWIALLA TURNER,

    Plaintiff,

v.

JP MORGAN CHASE BANK,

    Defendant.
                                      /

No. C 12-04161 JSW

**ORDER RE OVERDUE STATUS REPORT**

On October 2, 2012, the Court granted the parties' stipulation to stay this action pending arbitration. In that Order, the Court directed the parties to submit joint status reports every 120 days until the stay was lifted, and specifically stated that the first status report would be due on January 30, 2013. The parties have not complied with that Order.

Accordingly, the parties shall submit their joint status report by no later than February 8, 2013, and shall continue to file joint status reports every 120 days thereafter. The parties are HEREBY ADVISED that failure to comply with this Order may result in the issuance of an order to show cause why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: January 31, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE