IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TWIALLA TURNER,

    Plaintiff,

  v.

JP MORGAN CHASE BANK,

    Defendant.
                                    /

No. C 12-04161 JSW

**ORDER VACATING OVERDUE STATUS REPORT**

The Court VACATES its Order re Overdue Status Report. On January 23, 2013, the action was dismissed.

**IT IS SO ORDERED.**

Dated: January 31, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE